**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JO ANN PARKER KELTY,

Plaintiff,

vs.                                                                 Case No.: 6:10-cv-1910-Orl-35GJK

PENNCRO ASSOCIATES, INC.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Plaintiff, JO ANN PARKER KELTY, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: January 13, 2011                    Respectfully submitted,

                                               /s Andrew I. Glenn
                                               Andrew I. Glenn
                                               E-mail: Andrew@cardandglenn.com
                                               Florida Bar No. 577261
                                               J. Dennis Card, Jr.
                                               E-mail: Dennis@cardandglenn.com
                                               Florida Bar No. 0487473
                                               Card & Glenn, P.A.
                                               2501 Hollywood Boulevard, Suite 100
                                               Hollywood, Florida 33020
                                               Telephone: (954) 921-9994
                                               Facsimile: (954) 921-9553
                                               Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Penncro Associates, Inc.
95 James Way, Suite 113
Southampton, PA 18966
Served via Regular U.S. Mail