UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JO ANN PARKER KELTY,

Plaintiff,

vs.                                     Case No.: 6:10-cv-1910-Orl-35GJK

PENNCRO ASSOCIATES, INC.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: February 3, 2011                  Respectfully submitted,

                                                /s Andrew I. Glenn
                                                Andrew I. Glenn
                                                E-mail:  AGlenn@cardandglenn.com
                                                Florida Bar No.:  577261
                                                J. Dennis Card, Jr.
                                                E-mail:DCard@cardandglenn.com
                                                Florida Bar No.  0487473
                                                Card & Glenn, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone:  (954) 921-9994
                                                Facsimile:   (954) 921-9553
                                                Attorneys for Plaintiff