**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JO ANN PARKER KELTY,

    Plaintiff,

v.                                         Case No.6:10-CV-1910-ORL-35GJK

PENNCRO ASSOCIATES, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 7) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 9th day of February 2011.

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record